## Glasgow's Estate (No. 2).

Argued Oct. 21, 1913. Appeal, No. 95, Oct. T., 1913, by Jeannette M. Thompson, from decree of O. C. Allegheny Co., May T., 1912, No. 220, sustaining exceptions to adjudication in Estate of John B. Glasgow, deceased. Before BROWN, MESTREZAT, POTTER, ELKIN and MOSCHZISKER, JJ. Reversed.

*John A. Metz,* for appellants.

1914.]                Opinion of the Court.

*George Alter,* of *McKee, Mitchell & Alter,* with him *Ralph P. Tannehill,* for appellees.

OPINION BY MR. JUSTICE MOSCHZISKER, January 31, 1914:

The opinion filed January 19, 1914, in the Estate of John B. Glasgow, 243 Pa. 613, appeal of Scott Thompson, covers the appeal of Jeannette Thompson, 243 Pa. 618, and the order there made applies to the latter appeal; the prothonotary will mark the record accordingly.